UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81260-CV-MIDDLEBROOKS/Matthewman

DANIEL A. RODRIGUEZ,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge William Matthewman's Report and Recommendation ("Report"), issued on October 2, 2023. (DE 14). The Report recommends denying Petitioner Daniel Andres Rodriguez's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 in its entirety. Petitioner filed objections on October 16, 2023. (DE 15).

I have conducted a *de novo* review of Judge Matthewman's Report, the record in this case, and I have considered the applicable law. I have also considered Petitioner's objections, and I find that they lack merit. Accordingly, I agree with Judge Matthewman's recommendations and adopt his Report. Further, I find that Petitioner cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 14) is **ADOPTED**.

(2) Movant's Objections (DE 15) are **OVERRULED.**

(3) Petitioner Daniel Andres Rodriguez's Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus (DE 3) is **DENIED.**

(4) No certificate of appealability shall issue.

(5) Final Judgment shall be entered by separate Order.

**SIGNED** in Chambers at West Palm Beach, Florida, this 25th day of October, 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Honorable William Matthewman
      Counsel of Record